UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID VAN ELZEN, individually,
and on behalf of all others similarly situated,

        Plaintiff,

    v.                                       Case No. 18-C-1373

EDUCATOR GROUP PLANS, et al.,

        Defendants.

## ORDER STAYING CASE PENDING FINALIZATION AND APPROVAL OF THE PARTIES' CLASS-WIDE SETTLEMENT AGREEMENT

      This cause came before the Court pursuant to the Notice of Settlement filed on May 10, 2019. In the Notice of Settlement, Plaintiff advised the Court that the parties have reached an agreement in principle to settle the litigated claims in this action on a class-wide basis, subject to Court approval. And that the Parties are diligently working together to draft and finalize a written settlement agreement and to prepare a motion seeking preliminary approval from the Court of the class-wide settlement, which the parties will endeavor to file by May 24, 2019.

      Based on the foregoing, all further proceedings and all pending deadlines in this case are hereby stayed. The Parties shall have until May 24, 2019 to file the Motion for Preliminary Approval.

      **SO ORDERED** this  14th  day of May, 2019.

                              s/ William C. Griesbach
                              William C. Griesbach, Chief Judge
                              United States District Court